# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-30086

United States Court of Appeals
Fifth Circuit

**FILED**

February 13, 2015

Lyle W. Cayce
Clerk

LISA COLVIN,

Plaintiff - Appellant

v.

BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA
SYSTEM; STEPHEN RICHTERS,

Defendants - Appellees

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:12-CV-1829

Before HIGGINBOTHAM, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM:*

Lisa Colvin ("Colvin") appeals from a final judgment entered by the district court, which granted summary judgment to defendants, the University of Louisiana Monroe and Dr. Stephen Richters ("Richters"). Colvin appeals only the determination that Richters cannot be sued in his individual capacity for violating the Family and Medical Leave Act. A careful review of the record in this case, a full consideration of the parties' briefs and oral arguments on

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-30086

appeal, and a thorough analysis of the district court's ruling, lead us to conclude that the district court's judgment was not in error.  Colvin's complaint is insufficiently pleaded to overcome the sovereign immunity protection of the Eleventh Amendment.  Thus, we uphold the district court's determination that Richters may not be sued in his individual capacity.

The district judgment is AFFIRMED. *See* 5TH CIR. R. 47.6.